The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| EV88 | E1427528 | DUQUE | 01/13/2023 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 32CFR234.11(a) | OPEN CONTAINER | | |
| Defendant Name | | | |
| JONES, KENNETH A | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | | | 03/16/2023<br>09:00 AM |