IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | TVN No. E1427528 |
| v. | ) | |
| | ) | March 16, 2023 |
| KENNETH ANTHONY JONES, | ) | Pentagon Docket |
| Defendant | ) | |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute further the above-referenced criminal case pertaining to the defendant, KENNETH ANTHONY JONES. Accordingly, the United States hereby moves for a dismissal with prejudice of the above-referenced criminal case, pertaining to the defendant, KENNETH ANTHONY JONES.

Respectfully submitted,

Jessica D. Aber
United States Attorney

BY: _____/s/_____
Paul A. Embroski
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Govt Cell (703) 785-2082
paul.a.embroski.civ@mail.mil

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on January 23, 2023, I attempted in good faith to mail a true and correct copy of the foregoing Motion to dismiss and proposed order but the citation did not include an address of phone number for the defendant.

                                                  /s/
                                     Paul A. Embroski
                                     Special Assistant United States Attorney
                                     Office of the United States Attorney
                                     2100 Jamieson Avenue
                                     Alexandria, Virginia 22314
                                     (703) 785-2082
                                     paul.a.embroski.civ@mail.mil